UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STARSTONE SPECIALTY
INSURANCE COMPANY,

                Plaintiff,

    v.

AVENIOR SENIOR LIVING, LLC,
*et al.*,

                Defendants.

Case No. 2:24-cv-06768-FLA (BFMx)

**JUDGMENT**

Pursuant to this court's Order Approving Stipulation for Entry of Declaratory Judgment, judgment is ENTERED in Plaintiff Starstone Specialty Insurance Company's favor and against Defendants Avenir Senior Living, LLC, AMCLA GP, Inc., AMCLA LP, and Marissa Drinkhouse-Quintana as to Count I of the First Amended Complaint.

    IT IS SO ORDERED.

Dated: February 10, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1