UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY, | Case No. 2:24-cv-06768-FLA (BFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AVENIOR SENIOR LIVING, LLC, *et al.*, | |
| Defendants. | |

1

Pursuant to this court's Order Approving Stipulation for Entry of Declaratory Judgment, judgment is ENTERED in Plaintiff Starstone Specialty Insurance Company's favor and against Defendants Avenir Senior Living, LLC, AMCLA GP, Inc., AMCLA LP, and Marissa Drinkhouse-Quintana as to Count I of the First Amended Complaint.  Nominal Defendants Judith Whitesman, in and through her Successor-In-Interest, Robert Whitesman, Robert Whitesman, Richard Whitesman, and Deena Whitesman are bound by this Judgment.

IT IS SO ORDERED.

Dated: April 6, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2